EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Designación de Juez<br>para Presidir la Sala<br>Especializada para<br>Casos de Asesinato y<br>Aprobación de jueces(zas)<br>suplentes. | 2012 TSPR 148<br><br>186 DPR \_\_\_\_ |
| --- | --- |

Número del Caso: EM-2012-08

Fecha: 2 de octubre de 2012

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Designación de Juez
para Presidir la Sala
Especializada para                    EM-2012-08
Casos de Asesinato y
Aprobación de jueces(zas)
suplentes.

RESOLUCIÓN

En San Juan, Puerto Rico, a 2 de octubre de 2012.

La Ley 122-2012, aprobada el 24 de junio de 2012, introdujo una enmienda al artículo 5.005 de la Ley 201-2003, según enmendada, conocida como la Ley de la Judicatura de 2003, con el fin de facultar a la Rama Judicial a establecer Salas Especializadas para Casos de Asesinato. Mediante la Resolución EM-2012-07, aprobada el 25 de septiembre de 2012, este Tribunal determinó establecer una Sala Especializada para Casos de Asesinato en la Región Judicial de Bayamón, en calidad de proyecto piloto, y estableció los lineamientos para su funcionamiento.

También dispuso que, mediante Resolución, se designaría a un(a) juez(a) con adiestramiento en materia criminal para atender la referida sala especializada y una lista de jueces(zas) entre los(as) cuales el Juez Presidente del Tribunal Supremo o la Directora Administrativa de los Tribunales, por delegación, podrán hacer designaciones para evitar que se suscite un cúmulo excesivo de casos en la sala especializada y atender situaciones de inhibición o en las que el(la) juez(a) designado(a) para presidir la Sala Especializada no pueda intervenir, esté ausente por motivo de licencia regular o enfermedad u otras situaciones análogas.

En cumplimiento con el mandato contenido en la Ley 122-2012 y con las normas que adoptamos previamente, se designa al Hon. José J. Ramírez Lluch, Juez Superior del Tribunal de Primera Instancia, para presidir la Sala Especializada para Casos de Asesinato en la Región Judicial de Bayamón.

Además, conforme establecimos en el inciso 4 de la Resolución EM-2012-07, se designa a la Hon. Vivian Durieux Rodríguez, Juez Superior del Tribunal de Primera Instancia, para atender aquellas situaciones que así lo requieran en la Sala Especializada para Casos de Asesinato.

Publíquese inmediatamente.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.


Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo